FILED
MAY 4 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RODNEY ADAMS, | § | |
| Plaintiff | § | |
| | § | A06CA338 SS |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| LONGHORN INTERNATIONAL | § | |
| TRUCKS, LTD., | § | |
| Defendant | § | JURY DEMANDED |

### PLAINTIFF'S ORIGINAL COMPLAINT

This is an action arising under the Fair Labor Standards Act of 1938 (FLSA), 52 Stat. 1060, as amended, 29 U.S.C. § 201 *et seq.* (1994 ed. and Supp. III) ("FLSA"). This action is brought both as an individual action and a collective action to recover unpaid overtime compensation, liquidated damages, and attorney's fees owed to plaintiff Rodney Adams, and all other similarly situated employees employed by, or formerly employed by defendant, its subsidiaries and affiliated companies.

### Parties

1. Plaintiff Rodney Adams is a former employee of defendant, as that term is defined by the FLSA, and is represented by the undersigned.

2. Longhorn International Trucks, Ltd. ("Longhorn") is a business entity authorized to do business in the State of Texas, and is an employer as that term is defined by the FLSA. With respect to plaintiffs, Longhorn is subject to the provisions of the FLSA. Longhorn maintains its office at 4711 East 7th Street, Austin, Texas 78702. Longhorn was at all relevant times an enterprise engaged in commerce or in the production of goods for commerce, as defined by 29 U.S.C. §§ 203(r)

and (s). Longhorn's registered agent is Duane W. Kyrish, who may be served at 4711 East a7th Street, Austin, Texas 78702, or wherever else he may be found.

### Jurisdiction and Venue

3. This Court has jurisdiction under the FLSA, and venue is proper pursuant to 28 U.S.C. § 1391(b), as defendants and plaintiffs transacted business within this judicial district, and the events underlying this complaint occurred within this judicial district as well.

### Factual Allegations

4. Plaintiff worked for defendant in the capacity of performing maintenance and in refurbishing motor vehicles. Plaintiff was paid on an hourly basis and, on a number of occasions, worked over 40 hours per week without overtime compensation, but was paid "straight" time for all hours worked, including those over 40 hours. For some period of time prior to becoming an employee of Longhorn, plaintiff worked at Longhorn through a temporary personnel agency, during which time plaintiff was paid time and a half for overtime worked. Time and a half pay ceased immediately when plaintiff became a permanent Longhorn employee.

5. At all times relevant hereto, the defendants knew of, approved of, and benefitted from plaintiff's regular and overtime work.

6. Plaintiff is not, nor did he ever serve in the capacity of an executive, administrator, professional or outside sale representative, as those terms are understood pursuant to 29 C.F.R. § 541. Therefore, plaintiff is not exempt from the protection of the FLSA.

7. Defendant did not make a good faith effort to comply with the overtime provisions contained within the FLSA.

8.      Defendant's actions were willful and in blatant disregard for plaintiff's federally protected rights.

### Collective Action Allegations

9.      This action is concurrently maintainable as an "opt-in" collective action as to claims for unpaid overtime wages, liquidated damages and attorney's fees, under 29 U.S.C. § 216(b) of the FLSA.

10.     In addition to plaintiff, a number of other current employees and an unknown number of former employees located throughout Central Texas are similarly situated to plaintiff with regard to their job requirements and pay provisions, in that defendant has also willfully, intentionally and maliciously denied them overtime compensation while they were employed by defendant during the liability period.

11.     Plaintiff is representative of all other similarly situated employees and is acting on behalf of their interests as well as his own interests in bringing this action.

12.     Therefore, all similarly situated employees under 29 U.S.C. § 216(b) should be notified of and allowed to opt into this action for the purpose of adjudicating their claims for actual and liquidated damages, as well as attorney's fees and all costs of Court as called for under the FLSA.

### CAUSE OF ACTION

### Unpaid Overtime Wages

13.     Based on the foregoing, defendant violated the FLSA by failing to compensate plaintiff and all other similarly situated employees at one and a half times their hourly wage they

should have been paid for time worked in excess of 40 hours per work week, contrary to the requirements of Section 7 of 29 U.S.C. § 207.

14.     Plaintiff and all other similarly situated employees have suffered damages as a direct result of defendant's illegal actions.

15.     Defendant is liable to plaintiff and all other similarly situated employees for all unpaid overtime compensation, liquidated damages, attorney's fees and costs of Court under the FLSA by failing to compensate plaintiff and all other similarly situated employees at one and a half times their regular hourly rates for time worked in excess of 40 hours per work week, for the three-year period preceding the filing of this lawsuit.

## Demand for Jury Trial

16.     Plaintiff and all other similarly situated employees who opt into this lawsuit hereby demand a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

## Prayer for Relief

17.     Plaintiff and all other similarly situated employees ask this Court to hold the defendant liable for violations of the FLSA, and that he be awarded all overtime wages owed to him, that he be awarded liquidated damages in an amount equal to all unpaid overtime wages, that he be awarded his attorney's fees and costs, and for all other legal and injunctive relief the Court deems necessary and proper.

Respectfully Submitted,

_____
Josef F. Buenker
TBA No. 03316860
1225 North Loop West, Suite 1020
Houston, Texas 77008
713-868-3388 Telephone
713-868-3411 Facsimile

ATTORNEY-IN-CHARGE FOR PLAINTIFF

OF COUNSEL:

**LAW OFFICES OF JOSEF F. BUENKER, P.C.**
Douglas B. Welmaker
TBA No. 00788641
1225 North Loop West, Suite 1020
Houston, Texas 77008
713-868-3388 Telephone
713-868-3411 Facsimile

5

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Rodney Adams

## DEFENDANTS
Longhorn International Trucks, Ltd.

(b) County of Residence of First Listed Plaintiff __Harris__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant __Travis__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Josef F. Buenker; 1225 North Loop West, Ste. 1020; Houston, TX 77008; 713-868-3388

Attorneys (If Known)

**A06CA338 SS**

RECEIVED MAY 4 2006 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY CLERK

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- x 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | x 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | x 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  |  | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability |  | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | x 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment |  | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  | ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  |  |
|  |  | ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- x 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
FLSA 52 Stat. 1060, as amd 29 USC §201, et seq (1994 ed. and Supp. III)
Brief description of cause:
Claim for unpaid overtime compensation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  x Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: May 2, 2006

SIGNATURE OF ATTORNEY OF RECORD
/s/ Josef F. Buenker

**FOR OFFICE USE ONLY**

RECEIPT # 385594   AMOUNT 350.00   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____