IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

SEP 26 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| **RODNEY ADAMS** <br> **Plaintiff** | § § § | |
| vs. | § § | CIVIL ACTION NO. A06 CA338 SS |
| **LONGHORN INTERNATIONAL** <br> **TRUCKS, LTD.** <br> **Defendant** | § § § § | |

## UNOPPOSED MOTION TO SEAL CONFIDENTIAL SETTLEMENT AND GENERAL RELEASE

**COMES NOW,** Defendant Longhorn International Trucks, Ltd., and files this Unopposed Motion to Seal the Confidential Settlement and General Release entered into by the parties. Plaintiff Rodney Adams ("Adams"), represented by Josef F. Buenker, joins in this Unopposed Motion, consent evidenced by his signature on the Joint Motion described below.

### I.

This lawsuit involves claims brought by Plaintiff, Rodney Adams, under the Fair Labor Standards Act and for wages and benefits claimed due. The parties to this Motion, without admission of liability of any kind, have reached a settlement and compromise of (i) Plaintiff's claims against Defendant Longhorn International Trucks, Ltd., and related individuals and entities identified as Defendant Longhorn in the Settlement Agreement, and (ii) the Defendant's claims against Adams. The Parties request that the attached Confidential Settlement Agreement and General Release be reviewed by the Court and approved under the FLSA, but otherwise be sealed and kept confidential.

II.

The Parties are simultaneously filing with the Unopposed Motion to Seal a Joint Motion for Court Approval of Settlement and Dismissal with Prejudice Pursuant to Stipulated Consent Judgment and Stipulated Order Approving Settlement and Dismissal with Prejudice Pursuant to Consent Judgment, which they ask the Court to approve.

WHEREFORE, Defendant requests that this Court (i) approve and enter the attached Order Sealing the Confidential Settlement and General Release, and (ii) grant the Parties' Joint Motion for Court Approval of Settlement and Dismissal with Prejudice Pursuant to Stipulated Consent Judgment, and (ii) approve the Stipulated Order Approving Settlement and Dismissal with Prejudice Pursuant to Consent Judgment.

Respectfully submitted,

REGINA C. WILLIAMS
Law Office of Regina C. Williams
State Bar No. 21606100
4101 Parkstone Heights Drive
Suite 350
Austin, TX 78746
(512) 330-9740
(512) 339-9752 (facsimile)
ATTORNEY FOR DEFENDANT

JOSEF BUENKER
State Bar No. 033316860
Law Offices of Josef F. Buenker, P.C.
1225 North Loop West, Suite 1020
Houston, TX 77008
(713) 868-3388
(713) 868-3411 (facsimile)
ATTORNEY FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I hereby certify that on the _25th_ day of September, 2006, a true and correct copy of the foregoing UNOPPOSED MOTION TO SEAL CONFIDENTIAL SETTLEMENT AND GENERAL RELEASE was forwarded by Lone Star overnight delivery to Plaintiff's Counsel as follows:

Josef Buenker
State Bar No. 033316860
Law Offices of Josef F. Buenker, P.C.
1225 North Loop West, Suite 1020
Houston, TX 77008
(713) 868-3388
(713) 868-3411 (facsimile)
ATTORNEY FOR PLAINTIFF

_Regina C. Williams_
Regina C. Williams
Law Office of Regina C. Williams
State Bar No. 21606100
4101 Parkstone Heights Dr.
Suite 350
Austin, TX 78746
Ph: (512) 330-9740
FAX (512) 330-9752
ATTORNEY FOR THE DEFENDANT

*Unopposed Motion to Seal Confidential*
*Settlement and General Release*
*Rodney Adams, et al v. Longhorn Trucks International, Ltd., et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RODNEY ADAMS,<br>    Plaintiff<br><br>vs.<br><br>LONGHORN INTERNATIONAL<br>TRUCKS, LTD.,<br>    Defendant | § § § § § § § §   CIVIL ACTION NO. A06 CA 338 SS |

### ORDER GRANTING UNOPPOSED MOTION TO SEAL

ON this ___ day of _____ Plaintiff's and Defendant's Unopposed Motion To Seal ("Unopposed Motion") came on to be heard. The Court, having reviewed the pleadings on file and the Unopposed Motion and the Confidential Settlement Agreement and General Release reached between the Parties ("the Agreement')), and finding good cause for the granting of the Unopposed Motion submitted by the **Parties**, it is:

ORDERED, ADJUDGED, AND DECREED that the Confidential Settlement and General Release reached by the Parties is accepted for filing under seal and the parties unopposed Motion to Seal is granted.

SIGNED this _____ day of _____ 2006.

                                              _____
                                              JUDGE PRESIDING

Order Granting Unopposed Motion to Seal
*Adams, et al v. Longhorn, et al*

APPROVED AS TO FORM AND SUBSTANCE:

_____
Regina C. Williams, Attorney at Law
State Bar No. 21606100
4101 Parkstone Heights Drive
Suite 350
Austin, Texas 78746-7482
(512) 330-9740
(512) 330-9752 (FAX)
ATTORNEY FOR DEFENDANT

_____
Josef F. Buenker
State Bar No. 03316860
Law Offices of Josef F. Buenker, P.C.
1225 North Loop West
Suite 1020
Houston, Tx 77009
(713) 868-3388
(713) 868-3411 (FAX)
ATTORNEYS FOR PLAINTIFF

Order Granting Unopposed Motion to Seal
*Adams, et al v. Longhorn, et al*

# CERTIFICATE OF SERVICE

I hereby certify that on the _25th_ day of September, 2006, a true and correct copy of the foregoing ORDER GRANTING UNOPPOSED MOTION TO SEAL CONFIDENTIAL SETTLEMENT AND GENERAL RELEASE was forwarded by Lone Star Overnight to Plaintiff's counsel as follows:

Josef F. Buenker
State Bar No. 03316860
LAW OFFICES OF JOSEF F. BUENKER, P.C.
1225 North Loop West, Suite 1020
Houston, Texas 77008
(713)868-3388 Telephone
(713)868 3411 Facsimile
ATTORNEYS for PLAINTIFF

Regina C. Williams
Attorney at Law
State Bar No. 21606100
4101 Parkstone Heights Dr.
Suite 350
Austin, TX 78746
Ph: (512) 330-9740
FAX (512) 330-9752

Order Granting Unopposed Motion to Seal
*Adams, et al v. Longhorn, et al*