FILED
2006 SEP 29  AM 9: 39
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RODNEY ADAMS, | § | |
| Plaintiff | § | CIVIL ACTION NO. A06 CA 338 SS |
| | § | |
| vs. | § | |
| | § | |
| LONGHORN INTERNATIONAL | § | |
| TRUCKS, LTD., | § | |
| Defendant | | |

## ORDER GRANTING UNOPPOSED MOTION TO SEAL

ON this 28th day of Sept Plaintiff's and Defendant's Unopposed Motion To Seal ("Unopposed Motion") came on to be heard. The Court, having reviewed the pleadings on file and the Unopposed Motion and the Confidential Settlement Agreement and General Release reached between the Parties ("the Agreement')), and finding good cause for the granting of the Unopposed Motion submitted by the **Parties**, it is:

ORDERED, ADJUDGED, AND DECREED that the Confidential Settlement and General Release reached by the Parties is accepted for filing under seal and the parties unopposed Motion to Seal is granted.

SIGNED this ___28th___ day of ___Sept.___ 2006.

_____
JUDGE PRESIDING

Order Granting Unopposed Motion to Seal
*Adams, et al v. Longhorn, et al*

APPROVED AS TO FORM AND SUBSTANCE:

_____
Regina C. Williams, Attorney at Law
State Bar No. 21606100
4101 Parkstone Heights Drive
Suite 350
Austin, Texas 78746-7482
(512) 330-9740
(512) 330-9752 (FAX)
ATTORNEY FOR DEFENDANT

_____
Josef F. Buenker, by permission
State Bar No. 03316860
Law Offices of Josef F. Buenker, P.C.
1225 North Loop West
Suite 1020
Houston, Tx 77009
(713) 868-3388
(713) 868-3411 (FAX)
ATTORNEYS FOR PLAINTIFF

Order Granting Unopposed Motion to Seal
*Adams, et al v. Longhorn, et al*