FILED
2006 SEP 29  AM 9: 39
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
      DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **RODNEY ADAMS,** | § | |
| Plaintiff | § | **CIVIL ACTION NO. A06 CA 338 SS** |
| | § | |
| vs. | § | |
| | § | |
| **LONGHORN INTERNATIONAL TRUCKS, LTD.,** | § | |
| Defendant | | |

## FINAL AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON this 28th day of Sept. Plaintiff's and Defendant's Joint Motion for Dismissal with Prejudice came on to be heard. The Court, having reviewed the pleadings on file and the Joint Motion for Dismissal with Prejudice submitted by the **Parties**, is of the opinion that this Agreed Order should be granted and entered.

It is accordingly ORDERED, ADJUDGED AND DECREED that (i) the suit of **Rodney Adams**, Plaintiff, and all parties claiming by, through and under Plaintiff in his individual and/or representative and/or claimed representative capacities, against **Defendant Longhorn International Trucks, Ltd.** is dismissed with prejudice to further prosecution and (ii) the Counterclaim of **Defendant Longhorn International Trucks, Ltd.** against **Rodney Adams**, should be and the same is hereby dismissed with prejudice to further prosecution by either party. All taxable court costs including attorney fees and other costs are taxed against the party incurring the same.

SIGNED this 28th day of September 2006.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

_____
Regina C. Williams, Attorney at Law
State Bar No. 21606100
4101 Parkstone Heights Drive
Suite 350
Austin, Texas 78746-7482
(512)330-9740
(512) 330-9752 (FAX)
ATTORNEY FOR DEFENDANT

_____
Josef F. Buenker
State Bar No. 03316860
Law Offices of Josef F. Buenker, P.C.
1225 North Loop West
Suite 1020
Houston, Tx 77009
(713)868-3388
(713)0868-3411(FAX)
ATTORNEYS FOR PLAINTIFF